# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **RICHARD TODD FULMER,** § | | |
| **Individually and on behalf of all others** § | | |
| **similarly situated,** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | NO. | MO:19-CV-00041 DC |
| § | | |
| **CLASSIC OILFIELD SERVICES, LP,** § | | |
| **ET AL.,** § | | |
| Defendants. § | | |

## ORDER

The parties have notified the Court they have settled this case pursuant to the Alternative Dispute Resolution Summary Report (Doc. 56) filed September 4, 2020.

Accordingly, this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case is ordered to file the papers necessary to dismiss this action on or before THIRTY (30) days from the docketing of this order.

All pending motions, if any, are therefore DENIED AS MOOT.

The final pretrial and trial settings are VACATED.

It is so **ORDERED**.

SIGNED this 14th day of September, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE